IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| United States of America, | Cr. No. 3:09-932 (CMC) |
| v. | **OPINION and ORDER** |
| Santwain Lamont Roseborough, | |
| Defendant. | |

This matter is before the court on Defendant's Motion to Correct Sentence under 18 U.S.C. § 3582(c)(2). ECF No. 66. The Government has not responded to Defendant's motion.

Defendant contends that he has not been given "credit" for several months he was in Federal custody prior to sentencing. Mot. at 2. However, upon inquiry with the United States Bureau of Prisons (BOP), it appears Defendant has received credit for the time he references in his motion.

Defendant's motion is **denied**.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 7, 2012

1